UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS, | No. 2:17-cv-1139 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. ESCALANTE, et al., | |
| Defendants. | |

Plaintiff has sustained three strikes under 28 U.S.C. § 1915(g), failed to allege facts suggesting he was in imminent danger of serious physical injury at the time he filed his complaint, and was denied leave to proceed in forma pauperis. (ECF Nos. 17 at 6; 21.) On May 3, 2018, plaintiff was ordered to pay the court's $400.00 filing fee within fourteen days, and was warned that failure to pay the fee would result in the dismissal of this action. Fourteen days have passed, and plaintiff has not paid the fee or otherwise responded to the court's order.

In accordance with the above, this action is hereby dismissed, without prejudice.

IT IS SO ORDERED.

Dated: June 7, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE